FILED
JAN - 3 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ISRAEL COBIAN (1),<br>IRMA GARCIA (2),<br><br>　　　　　　　Defendants. | Case No.: 22-CR-1901-TWR<br><br>**ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Pursuant to the Government's motion, the indictment against Defendants ISRAEL COBIAN (1), and IRMA GARCIA (2), is hereby dismissed in the interests of justice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED AND ADJUDGED.

DATED: 1/3/23

_____
Honorable Todd W. Robinson
United States District Judge